FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EDWARD TONY VELA-HERNANDEZ (2), aka "Dome",<br><br>                    Defendant. | No. 2:23-CR-00046-MKD-2<br><br>ORDER RELEASING DEFENDANT TO INPATIENT TREATMENT<br><br>**ECF No. 246**<br><br>***USM ACTION REQUIRED*** |

On August 21, 2023, the Court held a hearing on Defendant's motion for reconsideration regarding release to inpatient treatment. Defendant was present in custody and represented by Stephen Hormel. AUSA Caitlin Baunsgard appeared on behalf of the United States. For the reasons stated on the record, the Court granted Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Defendant's Motion for Reconsideration, **ECF No. 246**, is **GRANTED.**

ORDER – 1

2. Defendant shall be **released from the Spokane County Jail on Tuesday, August 22, 2023, at 10:00 a.m. to attend inpatient substance abuse treatment.**

3. If Defendant leaves the treatment facility, or it terminated from treatment, the treatment facility personnel shall immediately notify the United States Probation Officer, who shall in turn immediately notify the Court.

4. Defendant shall be returned to the custody of the United States Marshals Service upon completion of treatment, absent further order of the Court.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** August 22, 2023.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER – 2