UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Vela-Hernandez, Edward Tony | Docket No. | 0980 2:23CR00046-MKD-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Edward Tony Vela-Hernandez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 28th day of September 2023, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Vela-Hernandez. Mr. Vela-Hernandez acknowledged an understanding the conditions at that time.

**Violation #1:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about February 5, 2024.

On February 9, 2024, Mr. Vela-Hernandez reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of methamphetamine. Mr. Vela-Hernandez signed a substance abuse admission form acknowledging his last use of methamphetamine was on or about, "Monday."

Additionally, on February 9, 2024, Mr. Vela-Hernandez also contacted the undersigned officer to report he tested presumptive positive for the presence of methamphetamine. Mr. Vela-Hernandez admitted smoked methamphetamine on Monday, February 5, 2024.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| by | Executed on: February 14, 2024 |
|  | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Vela-Hernandez, Edward Tony
February 14, 2024
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/14/24

Date