UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 05, 2024**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Vela-Hernandez, Edward Tony | Docket No. | 0980 2:23CR00046-MKD-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Edward Tony Vela-Hernandez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 28th day of September 2023, under the following conditions

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #2:** Defendant shall notify United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

**Special Condition #7:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Vela-Hernandez. Mr. Vela-Hernandez acknowledged an understanding of the conditions at that time.

**Violation #1:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on a daily basis from February 15 to 20, 2024.

On February 22, 2024, Mr. Vela-Hernandez reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Mr. Vela-Hernandez admitted ingesting methamphetamine on a daily basis from February 15 to 20, 2024. Subsequently, Mr. Vela-Hernandez signed a substance abuse admission form acknowledging his use of methamphetamine on those dates.

**Violation #2:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by failing to report a change in address that occurred on or about February 18, 2024, to the U.S. Probation/Pretrial Services Office within 24 hours.

Upon his release onto pretrial release supervision in September 2023, Mr. Vela-Hernandez resided at the Pura Vida sober living house. On February 17, 2024, the housing manager for Pura Vida contacted the undersigned officer to advise he was going to remove Mr. Vela-Hernandez from Pura Vida sober living house due to not paying rent. The housing manager advised he would give Mr. Vela-Hernandez until February 18, 2024, to pay rent or he would be removed from the program.

Subsequently, the undersigned officer attempted to contact Mr. Vela-Hernandez on multiple occasions by telephone and text messaging, through defense counsel, and by conducting a collateral contact in between February 17 and 21, 2024, to address his housing situation.

Mr. Vela-Hernandez responded to these messages on February 21, 2024, and confirmed he had been removed from the Pura Vida sober living program over the weekend of February 18, 2024. Mr. Vela-Hernandez advised he moved in with a female companion in Spokane, Washington, but did not have the address. Subsequently, the undersigned officer instructed Mr. Vela-Hernandez to provide the undersigned officer with his current address by February 22, 2024.

On February 22, 2024, Mr. Vela-Hernandez reported to the U.S. Probation Office and reported he rented a motel room in Airway Heights, Washington. He was sharing the motel room with another female companion.

On February 23, 2024, the undersigned officer met with Mr. Vela-Hernandez at the reported motel room. Mr. Vela-Hernandez advised he would be staying at this motel until further notice.

**Violation #3:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services on February 15 and 21, 2024.

On October 3, 2023, the undersigned officer referred Mr. Vela-Hernandez to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Vela-Hernandez was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing. Mr. Vela-Hernandez was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing. The undersigned officer also advised Mr. Vela-Hernandez of the operating hours for drug testing (7 a.m. to 7 p.m.).

Mr. Vela-Hernandez failed to appear for random drug testing on February 15 and 21, 2024.

**Violation #4:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by failing to submit to random drug testing at Pioneer Human Services on February 27, 2024.

On October 3, 2023, the undersigned officer referred Mr. Vela-Hernandez to phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Vela-Hernandez was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing. Furthermore, the undersigned officer also advised Mr. Vela-Hernandez of the operating hours for drug testing (7 a.m. to 7 p.m.).

On February 27, 2024, Mr. Vela-Hernandez was required to submit to random drug testing at PHS. Due to Mr. Vela-Hernandez failing to appear for his last two random drug tests at PHS, as alleged in violation 3, the undersigned officer sent a text message to Mr. Vela-Hernandez on February 27, 2024, at 1:27 p.m., advising him of his obligation to submit to random drug testing at PHS on that date. Mr. Vela-Hernandez responded and stated he would be there.

Available records indicate that Mr. Vela-Hernandez reported to PHS on February 27, 2024, at 6:55 p.m. He "stalled" and failed to provide a urine specimen.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 1, 2024

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
**Re: Vela-Hernandez, Edward Tony**
**March 1, 2024**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

3/5/24
_____
Date