# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Vela-Hernandez, Edward Tony | Docket No. | 0980 2:23CR00046-MKD-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Edward Tony Vela-Hernandez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 28th day of September 2023, under the following conditions:

**Special Condition #5:** Defendant shall undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services office and treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, treatment, and performance in the program.

**Special Condition #7:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Vela-Hernandez. Mr. Vela-Hernandez acknowledged an understanding of the conditions at that time.

**Violation #5:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by failing to attended recommended intensive outpatient substance abuse treatment since February 29, 2024.

On or about October 2, 2023, Mr. Vela-Hernandez successfully completed inpatient substance abuse treatment at Pioneer Center East. Subsequently, Mr. Vela-Hernandez entered intensive outpatient substance abuse treatment (IOP) at Pioneer Human Services (PHS) on October 27, 2023, which required him to attend three treatment sessions per week.

On February 5, 2024, his substance abuse treatment was reduced to an outpatient (OP) level of care, in which Mr. Vela-Hernandez was required to attend weekly treatment sessions at PHS.

Due to alleged drug use that was previously reported to the Court, on February 28, 2024, Mr. Vela-Hernandez' substance abuse treatment was increased back to IOP, requiring him to attend three sessions per week.

According to staff members at PHS, Mr. Vela-Hernandez has failed to report for substance abuse treatment sessions since February 29, 2024. Attempts by the undersigned officer to contact Mr. Vela-Hernandez by telephone, text message and at his last known address to discuss his treatment attendance have gone without a response.

**Violation #6:** Edward Tony Vela-Hernandez is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services on March 8, 2024.

On October 3, 2023, the undersigned officer referred Mr. Vela-Hernandez to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Vela-Hernandez was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing. Mr. Vela-Hernandez was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing. The undersigned officer also advised Mr. Vela-Hernandez of the operating hours for drug testing (7 a.m. to 7 p.m.).

Re: Vela-Hernandez, Edward Tony
March 12, 2024
Page 2

Mr. Vela-Hernandez failed to appear for random drug testing on March 8, 2024.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 12, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/12/24

Date